# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLL KING MENDEZ,<br><br>                           Plaintiff,<br><br>  v.<br><br>LOANME, INC.; JONATHAN WILLIAMS; DOES 1–50,<br><br>                         Defendants. | Case No. 20-cv-00002-BAS-AHG<br><br>**ORDER RE:**<br>**EVIDENTIARY HEARING** |

      Previously, the Court granted Defendant Jonathan Williams' request to appear telephonically or by videoconference at the evidentiary hearing on his motion to set aside default judgment. (ECF No. 15.) The Court will send Mr. Williams' counsel the information for her client to appear via video teleconference for the hearing.

      The Court has not received any individualized requests from Plaintiff Caroll King Mendez or Mr. Williams' counsel to appear telephonically or by video teleconference. Both Plaintiff and defense counsel are therefore expected to appear in person for the evidentiary hearing on **December 3, 2020 at 10:00 a.m.** in **Courtroom 4B.**

      IT IS SO ORDERED.

**DATED: November 17, 2020**

Hon. Cynthia Bashant
United States District Judge