SCOTT J. HYMAN (State Bar No. 148709)
sjh@severson.com
ELIZABETH C. FARRELL (State Bar No. 280056)
ecf@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Defendants
LOANME, INC. and JONATHAN WILLIAMS

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| Caroll King Mendez, | Case No. 3:20-cv-00002-BAS-AHG |
|---|---|
| Plaintiff, | Hon. Cynthia A. Bashant<br>Ctrm. 4B (Schwartz) |
| vs. | **JOINT MOTION AND STIPULATION TO DISMISS ACTION WITH PREJUDICE** |
| LOANME, INC., Jonathan Williams, DOES 1-50, | |
| Defendants. | [Fed. R. Civ. Proc. 41(a)(1)] |
| | Action Filed:   January 2, 2020<br>Trial Date:      None Set |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Caroll King Mendez ("Plaintiff") and Defendants LoanMe, Inc. and Jonathan Williams ("Defendants") hereby jointly move and stipulate to dismiss this Action, <u>with prejudice</u>, with each party to bear its own expenses, costs, and attorney fees. Plaintiff reaffirms his obligations on the Promissory Note entered into by Plaintiff on October 10, 2019 and waives any and all claims asserted or that could have been asserted in this Action against Defendants. Nothing in Defendants' acceptance of Plaintiff's dismissal shall affect, discharge, or novate Plaintiff's obligations on the Promissory Note or waive any of Defendants' rights thereunder.

/ / /

[SIGNATURES ON NEXT PAGE]

13017.0004/15578257.1                                                              Case No. 3:20-cv-00002-BAS-AHG

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: November 30, 2020 | *[signature]* |
| 3 | | Plaintiff Caroll King Mendez, *In Pro Se* |
| 7 | DATED: November 30, 2020 | SEVERSON & WERSON |
| 8 | | A Professional Corporation |
| 10 | | By: /s/ Elizabeth C. Farrell |
| 11 | | ELIZABETH C. FARRELL |
| 12 | | Attorneys for Defendants LOANME, INC. and JONATHAN WILLIAMS |

### ECF SIGNATURE CERTIFICATION

Undersigned counsel hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: /s/ Elizabeth C. Farrell
Elizabeth C. Farrell

# PROOF OF SERVICE

**Mendez v. LoanMe, Inc., et al.**
**USDC Southern District Case No. 3:20-cv-00002-BAS-AHG**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On November 30, 2020, I served true copies of the following document(s):

**JOINT MOTION AND STIPULATION TO DISMISS ACTION WITH PREJUDICE**

on the interested parties in this action as follows:

| | |
|---|---|
| Caroll King Mendez<br>209 Franciscan Way<br>Oceanside, CA  92057 | Plaintiff, Pro Se<br><br>Telephone:  (760) 521-6006<br>naddvbellabridalcouture@gmail.com |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Severson & Werson's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 30, 2020, at Irvine, California.

_____
Lorraine N. Johnson

13017.0004/15578257.1                                         Case No. 3:20-cv-00002-BAS-AHG